**JS−6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIJAH MCKINLEY<br><br>          Plaintiff(s),<br><br>     v.<br><br>JAKE MARTIN , et al.<br><br>          Defendant(s). | CASE NO:<br>2:24−cv−01149−FMO−MAA<br><br>**ORDER DISMISSING ACTION**<br>**WITHOUT PREJUDICE** |

   Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 26th of March 2024              /s/
                                  Fernando M. Olguin
                                  United States District Judge